

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2016

No. 04-15-00570-CV

**PEVETO COMPANIES, LTD. D/B/A BRAKE CHECK**,
Appellant

v.

**FASA FRICTION LABORATORIES, INC.**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-20405
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

Appellee's motion for leave to file a sur-reply brief is GRANTED. Appellee's sur-reply brief was filed on September 9, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court